JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MEGAN RACHOW
Assistant United States Attorney
Nevada Bar Number 8231
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TYLER MONSON,<br><br>                    Defendant. | Case No: 3:25-mj-00004-CLB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, United States Code, Section 2423(a) – Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity (Count One) |

BEFORE the Honorable Carla L. Baldwin, United States Magistrate Judge, Reno, Nevada, the undersigned complainant being first duly sworn states:

<u>**COUNT ONE**</u>
**Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity**
**(18 U.S.C. § 2423(a))**

Beginning on or about December 31, 2024, and continuing to on or about January 2, 2025, in the State and Federal District of Nevada and elsewhere,

TYLER MONSON,

1

1 | defendant herein, did knowingly transport an individual who had not yet attained the age of
2 | 18 years, in interstate commerce with the intent that the individual engage in any sexual
3 | activity for which a person can be charged with a criminal offense, that is: Sexual Assault, in
4 | violation of Colorado Revised Statute 18-3-402(1)(e), Unlawful Sexual Activity with a
5 | Minor, in violation of Utah Criminal Code 76-5-401 and Statutory Sexual Seduction, in
6 | violation of Nevada Revised Statute 200.368; all in violation of Title 18, United States
7 | Code, Section 2423(a).

      Complainant as a Special Agent with the Federal Bureau of Investigation states there is probable cause to arrest the above-named defendant as set forth in the attached affidavit.

///

///

///

///

///

///

# AFFIDAVIT

I, Natalie Frye, Special Agent with the Federal Bureau of Investigation, Las Vegas Division, Elko Resident Agency, being duly sworn, depose and state as follows:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation and has been employed as such since January 2010. Your affiant currently investigates matters concerning crimes against children and violent crimes as they occur within Indian Country. Your affiant has investigated federal crimes related to drug trafficking, white collar crimes, and the crimes under the National Firearms Act.

2. The statements contained in this Affidavit are based upon my experience and background as a Special Agent and on information provided by other agents, law enforcement officers, and witness interviews. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth every fact resulting from the investigation; rather, I have only set forth a summary of the investigation to date in order to establish probable cause to charge Tyler Monson ("Monson") with a violation of Title 18, United States Code, Section 2423(a), Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity. It does not contain all the facts of the investigation to date or all my knowledge pertaining to this case. Unless otherwise stated, the facts and information contained in this affidavit are based on my personal knowledge, as well as that of other law enforcement officers involved in this investigation. Facts not asserted herein are not relied upon in this application.

3. Title 18, United States Code, Section 2423(a), Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity, prohibits a person from knowingly

1

transporting an individual who has not attained the age of 18 years in interstate commerce, with the intention that the individual engage in any sexual activity for which any person can be charged with a criminal offense.

4. In summary, this affidavit sets forth facts which demonstrate that, beginning on December 24, 2024 and continuing up to and including January 2, 2025, Monson, who is 27 years old, communicated with a 15-year-old minor victim ("V1") located in Littleton, CO via Snapchat for the purpose of traveling from Winnemucca, NV to Littleton, CO and from Littleton, CO to Winnemucca, NV to have sexual intercourse with V1. The facts demonstrate that Monson had sexual relations with V1 on January 1, 2025, and January 2, 2025, and made plans with V1 to have sexual relations with V1 again when they arrived at Monson's residence in Winnemucca, NV. During that time frame, Monson transported V1 from Littleton, CO to Elko, NV in his truck. On January 2, 2025, Monson turned himself in to the Elko County Sheriff's Office. Monson has been charged in Elko County, NV with a violation of Nevada Revised Statute 200.310, Kidnapping of a Minor.

5. On January 3, 2025, your affiant received information regarding an interview conducted by the Elko County Sheriff's Office on January 2, 2025, of Tyler Monson who, after being read his Miranda rights, disclosed that he had kidnapped V1 and transported her from Colorado to Nevada, and had had sexual relations with her. In the interview, Monson further disclosed that he knew V1 was fifteen years old at the time he kidnapped her, as V1 had told him she was fifteen during their Snapchat conversations.

6. On January 3, 2025, a forensic interview was conducted with V1, regarding V1's abduction and sexual assault by Tyler Monson. V1 stated that she and Monson had been communicating via Snapchat since approximately December 24, 2024. V1 stated that during the conversations, Monson told V1 that he was sixteen years old and lived in

2

Golden, Colorado. Monson and V1 exchanged nude photos via Snapchat. Monson stated that V1 sent him a picture of her vagina. V1 stated that she had sent fully nude photos to Monson and Monson had sent her a picture of his penis. V1 stated that Monson sent her $2000.00 via Venmo, and also sent V1's sister $100.00 for V1's sister's birthday. V1 stated that Monson and V1 arranged for Monson to travel to V1's residence in Littleton, Colorado to meet. V1's mother provided screenshots of V1's Venmo transactions, which indicate that Monson had cumulatively sent V1 approximately $2300.00. When V1 was reported missing, investigators were made aware that Monson was a person of interest by V1's sister, who reported that Monson had sent her $100.00 for her birthday.

7. On December 31, 2024, Monson picked up V1 near her residence, and transported V1 to the La Quinta hotel nearby. Monson stated they drove a different way out of the neighborhood to avoid detection. Monson stated, "Obviously I knew it was wrong if I was looking for Ring cameras." Monson purchased snacks for V1 and a promise ring, which Monson told V1 symbolized a promise they would get engaged when she turned eighteen. Monson stated that on the way home from La Quinta, he performed sexual activity with V1, rubbing her clitoris with his fingers. V1 stated that at approximately 4:00am, she departed the vehicle and went home.

8. The following day, on January 1, 2025, Monson and V1 communicated via Snapchat and made a plan for V1 to leave with Monson. Monson told investigators that prior to their departure, he told V1 to delete her Snapchat and leave her electronics at her residence, which she did. V1 also left notes for her parents, telling them that she was leaving.

9. At approximately 1:00am on January 2, 2025, Monson picked up V1 down the street from her residence. V1 stated that she believed Monson was taking her to his

house in Golden, Colorado, but became alarmed when he began driving the wrong way. V1 stated she became further alarmed when Monson told her that he was 27 years old. V1 stated that Monson showed her a handgun that he had in his vehicle, which he told her was loaded with the safety off. V1 stated that she cried and asked Monson to take her back home, but he refused. On the morning of January 2, 2025, Monson and V1 arrived in Grand Junction, Colorado, where they purchased gas and food at Starbucks.

10. After stopping in Grand Junction, Monson and V1 continued driving to Salt Lake City, Utah. Monson told investigators that on the way to Salt Lake City, he again engaged in sexual activity with V1 while he was driving. Monson stated that the second time, he penetrated V1's vagina with his finger. Monson described the sexual activity, stating that he went very slowly, and by the time he was done stimulating her, she was "pretty ready." Monson then asked V1 if it hurt, and she said "no." Monson told investigators he believed V1 climaxed, because she clenched and her pelvis went up. Monson stated he had an erection at this time.

11. V1 stated that she and Monson visited two malls in Salt Lake City, Utah. V1 stated that Monson "fingered" her in his vehicle. V1 stated that Monson told her to take her shirt off so she did. V1 stated that Monson held one of her breasts and touched her neck. V1 stated that Monson put his fingers and palm under her pants and underwear, and touched her vagina. V1 stated Monson put one or two fingers in her vagina. V1 stated that Monson had no hands on the steering wheel at the time. V1 stated that this happened while Monson was driving through Salt Lake City, and again after they went to the first mall. V1 stated both times she had her shirt off, and both times Monson put his fingers in her vagina. V1 stated that while he was fingering her, he told her he would "fuck" her when they got to his house, and that he was "better with his tongue." V1 stated Monson told her he would

4

1  use the blue bullet vibrator on her when they got to his house.

2      12.    V1 stated Monson had vibrators in the car and that Monson told her one of the vibrators was for her. V1 stated Monson purchased a blue bullet vibrator at Spencer's at one of the malls, which Monson said was for her. Monson told investigators that he instructed V1 she could not go into Spencer's because she was "underage," so V1 waited outside. V1 stated Monson also had lube which he told V1 was for her, because V1 was a virgin.

    13.    After being alerted that Monson was a person of interest, investigators went to Monson's sister's house. Monson's sister did not answer the door, but called Monson to ask why the police were at her residence. V1 stated that Monson admitted to his sister that he was with a fifteen-year-old girl. V1 stated that Monson then spoke with his father, who advised him to turn himself in.

    14.    V1 stated that prior to turning himself in, Monson threw the vibrators and lube in a dumpster near Elko. V1 stated that Monson also deleted the social media applications from his phone.

    15.    V1 stated that Monson told her to lay down during most of the trip because he didn't want anyone to see her in the vehicle.

    16.    During his interview, Monson stated, "I'm a pedophile now. Wow," and "God, I sound like a groomer right now."

    17.    Colorado Revised Statute 18-3-402(1)(e) states that any actor who knowingly inflicts sexual intrusion or sexual penetration on a victim commits sexual assault, when at the time of the commission of the act, the victim is at least fifteen years of age but less than seventeen years of age and the actor is at least 10 years older than the victim and is not the spouse of the victim can be charged with sexual assault, a class 4 felony.

5

18. Utah Criminal Code section 76-5-401 makes unlawful sexual activity with a minor a third degree felony.

19. Nevada Revised Statute 200.368 makes statutory sexual seduction a Category B felony when the perpetrator is over the age of 21. Statutory Sexual Seduction means ordinary sexual intercourse, anal intercourse, or sexual penetration committed by a person 18 years of age or older with a person who is 14 or 15 years of age and who is at least 4 years younger than the perpetrator.

///

///

///

///

///

///

///

6

## Conclusion

20.  Based on the above, I believe there is probable cause to believe that Tyler Monson has committed the crime of Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2423(a), and I therefore request that an arrest warrant be issued.

Respectfully submitted,

*Natalie Frye*
Natalie Frye
Special Agent
Federal Bureau of Investigation

The undersigned judicial officer acknowledges that this affidavit and complaint has been subscribed and sworn to me by reliable electronic means and is in compliance with Federal Rule of Criminal Procedure 4.1(b)(2)(A).

Dated this 8th day of January, 2025.

HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

7