RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for TYLER MONSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00004-CLB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| TYLER MONSON, | |
| Defendant. | |

Notice is hereby given that Assistant Federal Public Defender, SEAN A. MCCLELLAND will serve as counsel for the above captioned defendant in place and stead of Kate Berry.

Counsel's address is as follows:

Federal Public Defender, District of Nevada
200 S. Virginia Street, Suite 340
Reno, Nevada 89501

DATED January 14, 2025.

RENE L. VALLADARES
Federal Public Defender

By:  /s/ Sean A. McClelland
SEAN A. MCCLELLAND
Assistant Federal Public Defender