SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
PENELOPE BRADY
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:25-MJ-00004-CLB |
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF APPEARANCE** |
| TYLER MONSON, | |
| Defendant. | |

The United States of America, by and through its attorneys, SUE FAHAMI, Acting United States Attorney for the District of Nevada, and PENELOPE BRADY, Assistant United States Attorney, hereby files this Notice of Appearance.

The undersigned, PENELOPE BRADY, is now assigned as co-counsel for the above-captioned case. All electronic notices, pleadings, motions, and letters for the government should include the undersigned counsel as of this date.

DATED this 21st day of January, 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Penelope Brady*
PENELOPE BRADY
Assistant United States Attorney

1