SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
MEGAN RACHOW
Nevada Bar No. 8231
PENELOPE J. BRADY
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov
Penelope.Brady@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TYLER MONSON,<br><br>                    Defendant. | 3:25-mj-00004-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY EXAMINATION (First Request)** |

        IT IS HEREBY STIPULATED AND AGREED by and through SUE FAHAMI,

Acting United States Attorney for the District of Nevada, and PENELOPE J. BRADY

Assistant United States Attorney, counsel for the United States of America, and SEAN

MCCLELLAND, counsel for TYLER MONSON, that the preliminary examination under

Fed. R. Crim. P. 5.1 currently set for January 24, 2025, at 3:00 p.m., be continued until

February 7, 2025, at 2:00 p.m.

Through counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until February 7, 2025, at 2:00 p.m.


DATED this 21st day of January, 2025.


SUE FAHAMI
Acting United States Attorney


_/s/ Penelope Brady_____          ___/s/ Sean McClelland_____
PENELOPE BRADY                        SEAN McCLELLAND
Assistant United States Attorney      Counsel for Defendant Monson


IT IS SO ORDERED.

_____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE


DATED: _January 21, 2025_____