```
FILED
FEB - 6 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:                    Deputy
```

1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  MEGAN RACHOW
   Assistant United States Attorney
4  Nevada Bar Number 8231
   400 South Virginia, Suite 900
5  Reno, Nevada  89501
   Phone: (775) 784-5438
6  Megan.Rachow@usdoj.gov

7  *Representing the United States of America*

8
                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA

10 | UNITED STATES OF AMERICA,        | 3:25-cr-00006-MMD-CLB
11 |            Plaintiff,            | INDICTMENT FOR VIOLATION OF:
12 |     v.                           | Title 18, United States Code, Section
                                      | 2423(a) – Transportation of a Minor with
13 |                                  | the Intent to Engage in Criminal Sexual
                                      | Activity (Count One)
14 | TYLER MONSON,
15 |            Defendant.
16

17        THE GRAND JURY CHARGES THAT:

18                              <u>COUNT ONE</u>
      **Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity**
19                            **(18 U.S.C. § 2423(a))**

20        Beginning on or about December 31, 2024, and continuing to on or about January

21 2, 2025, in the State and Federal District of Nevada and elsewhere,

22                              TYLER MONSON,

23 defendant herein, did knowingly transport an individual who had not yet attained the age

24 of 18 years, in interstate commerce with the intent that the individual engage in any sexual

                                       1

activity for which a person can be charged with a criminal offense, that is: Sexual Assault, in violation of Colorado Revised Statute 18-3-402(1)(e), Unlawful Sexual Activity with a Minor, in violation of Utah Criminal Code 76-5-401 and Statutory Sexual Seduction, in violation of Nevada Revised Statute 200.368; all in violation of Title 18, United States Code, Section 2423(a).

DATED: this 6 day of February, 2025.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

MEGAN RACHOW
Assistant United States Attorney