# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE GRAND JURY FOR
THE NOVEMBER 30, 2023, TERM

**MINUTES OF PROCEEDINGS**

DATE: February 6, 2025

PRESENT: **THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK: Ashlyn Bye

COURT REPORTER: Susan Belingheri

ASSISTANT UNITED STATES ATTORNEY: Randy St. Clair

**MINUTES OF PROCEEDINGS: GRAND JURY**

Grand Jury convened at 9:00 a.m.

    The roll of the Grand Jury is taken. (21 members present, which constitutes a quorum.)

    The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

    On motion of the United States Attorney, **IT IS SO ORDERED** that the said report and indictment(s) be filed. There are **no** sealed indictments.

    **IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

Case Number 3:25-cr-00005-ART-CSD    USA v. MARIO DELUCAS
                                                              Warrant to issue

| | | |
|---|---|---|
| 1 | Case Number 3:25-cr-00006-MMD-CLB | USA v. TYLER MONSON |
| 2 | | (In Custody) |
| | | (3:25-mj-00004-CLB) |
| 3 | | Preliminary Examination currently set for Friday, February 7, 2025, at 2:00 p.m. in Courtroom 1 before Magistrate Carla Baldwin converts to an Arraignment & Plea |
| 4 | | |
| 5 | | |
| 6 | Case Number 3:23-cr-00017-MMD-CLB<br>Superseding Indictment | USA v. EHREN BROSE<br>(On Bond) |
| 7 | | Arraignment & Plea set for Wednesday, February 12, 2025, at 3:00 p.m. in Reno Courtroom 1 before Magistrate Judge Carla Baldwin |

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 10:45 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: *Ashlyn Bye* (signature)

Ashlyn Bye, Deputy Clerk