**ATTACHMENT 2**



**OFFICE OF THE CLERK**

| | |
|---|---|
| **LLOYD D. GEORGE U.S. COURTHOUSE**<br>333 LAS VEGAS BOULEVARD SOUTH<br>LAS VEGAS, NEVADA 89101<br>(702) 464-5400 | **BRUCE R. THOMPSON U.S. COURTHOUSE**<br>400 SOUTH VIRGINIA STREET<br>RENO, NEVADA 89501<br>(775) 686-5800 |
| DEBRA K. KEMPI<br>CLERK OF COURT | VICENTE S. ANGOTTI<br>CHIEF DEPUTY, LAS VEGAS<br><br>LIA GRIFFIN<br>DIVISION MANAGER, RENO |

JURY EVIDENCE RECORDING SYSTEM (JERS)

The United States District Court for the District of Nevada, is implementing the JERS system that allows evidence admitted during trial to be viewed electronically by the jurors during their deliberation. JERS provides easy, access to evidence during the deliberations through the use of a touch screen monitor in the jury room.

Attorneys of record will be given an opportunity to review the exhibits at the conclusion of testimony and evidence. Court personnel, at the Judge's direction, will release exhibits to the jury as deliberations begin.

JERS has the ability to:

- Store all exhibits submitted prior to trial, and then designate just those admitted into evidence;
- Capture, through the courtroom's presentation equipment, exhibits that were not submitted prior to trial but are later admitted by the court;
- Print a list of exhibits, by exhibit number and description, that will be released to the deliberating jury; and
- Restrict how the jury may review the exhibit: Audio Only, Video Only, and Zoom Off (Zoom Off restricts the jury from enlarging an exhibit on the touch screen in the deliberation room).

**Submitting Exhibits**

Counsel shall submit all proposed exhibits on a DVD-R, CD, or USB Flash Drive (storage device) as directed by the court. The disc or drive shall be labeled with the title of the case and the name of the party for whom the exhibits are submitted. A hard copy of the party's exhibits list that includes the electronic file name for each exhibit shall be submitted with the storage device. Unless otherwise directed by the court, the storage device will not be returned to counsel. Parties shall be prepared to submit hard copies of any exhibits admitted during trial.

There are two ways for attorneys to submit exhibits:

<u>Method one:</u> each exhibit file should be clearly named as in the examples below, using this format: **exhibit number_exhibit description.file extension**, or, if an exhibit has sub-parts, **exhibit number-exhibit subpart_exhibit description.file extension**. All exhibits must be in the same folder or directory.

> For example:    1-a_photo of store from east view.jpg
> 1-b_photo of store from west view.jpg
> 2_camera footage.wmv
> 3_contract.pdf

Method two: law firms using exhibit management software may submit (on a storage device) exhibits exported using an indexed filename method with a text delimited file naming the exhibits. The text file must be named "Exhibits.txt" and each line must contain information using the this format: **exhibit number-optional subpart|exhibit description|exhibit file name**. The "exhibits.txt" file must be in the same folder or directory as all the exhibits.

> For example:    001-001|Photo of bank|GX001.pdf
> 002-001|Camera footage|GX002.wmv

**Exhibit File Types**

JERS will accept electronic evidence only in the following formats as other types cannot be uploaded:

- Documents and Photographs: .bmp, .gif, .jpg, .pdf, .tif
- Video and Audio Recordings: .avi, .mpg, mp3, .wav, .wma, .wmv

\*\*Each PDF file may not be larger than <u>12MB</u>. Hyphens and underscore characters must be used as shown in the examples above.

Questions regarding this system may be directed to the presiding judge's courtroom administrator.