SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-cr-00006-MMD-CLB |
| Plaintiff, | |
| vs. | **Supplement to Government's Response to Defendant's Motion for District Judge Review of Magistrate Judge's Detention Order [ECF 23]** |
| TYLER MONSON, | |
| Defendant. | |

The government received two documents today, March 17, 2025, that contradict the government's assertion in the government's response regarding how the defendant's sister responded to law enforcement contacting her regarding her brother. As such, in order to correct the record, the government is attaching both reports as exhibits to this supplement. See Exhibit A and B.

DATED this 17th day of March, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney