# Exhibit A – Winnemucca PD Information Report

# Exhibit A – Winnemucca PD Information Report



# WINNEMUCCA POLICE DEPARTMENT
### 500 E WINNEMUCCA BLVD   WINNEMUCCA, NV 89445   775 623 6396
## INFORMATION REPORT

Page 1
Case 25-0013

## OFFENSES

**F/M A/C Offenses**
Information Only   Other Agency Assist

(A/C - Attempt/Completed)

| | |
|---|---|
| **Date Occurred** 01/02/25-01/02/25 | **Time Occurred** 1619 |
| **Incident #** 2501020047 | |
| **Date Reported** 01/02/2025 | **Time Reported** 1619 |
| **Related Cases** 25EL00096 | |
| **Date Printed** 01/28/2025 | **Time Printed** 11:33:56 |
| **Printed By** A5050 | |
| **Latitude** 40.962640 | **Longitude** -117.709270 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| Winnemucca, NV 89445 | | | Information Only | 01/03/2025 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| | | | | | |

| **Reporting Party** Gnerer, Kyleigh | **Drivers License** | **Cell Phone** | **Email** | | |
|---|---|---|---|---|---|
| **Residence Address** Winnemucca, NV 89445 | **Notified of Victim Rights** | **Residence Phone** 7696 | **DOB** | **Age** | **Sex** F  **Race** |
| **Business Name and Address** | | **Business Phone** | **Height** | **Wt** | **Hair  Eyes** |
| **Assistance Rendered/Victim Disposition** | | **Transporting Agency** | **Means of Attack (Assaults)** | | |
| **Description of Injuries** | | **Other Information** | | | |

| **Mentioned - Other** Munson, Tyler | **Drivers License** | **Cell Phone** | **Email** | | |
|---|---|---|---|---|---|
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** | **Sex** M  **Race** |
| **Business Name and Address** | | **Business Phone** | **Height** | **Wt** | **Hair  Eyes** |

| **Suspect Name** | | **Action Taken** | **Charges** | | |
|---|---|---|---|---|---|
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** | **Sex  Race** |
| **Business Name and Address** | | **Business Phone** | **Height** | **Wt** | **Hair  Eyes** |
| **Identifying Features** | | **Cell Phone** | **Drivers License** | | **Arrest Number** |
| **Aliases** | | | | | **CII** |

## VEHICLES

| Status | Vehicle Make and Model | License/State | VIN | Val Damgd |
|---|---|---|---|---|
| Mentioned | 2007 Red Dodg R15 | US805K  NV | | |

## OFFICERS

| **Prepared By** K5010 - Maestrejuan, Kiefer | **Date** 01/03/2025 | **Assisted By** | **Approved By** C5018 - Morton, Chris | **Date** 01/05/2025 |
|---|---|---|---|---|
| **Routed To**   **Date** | | **Routed To**   **Date** | **Notes** | |

NEITHER THIS REPORT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED. PROPERTY OF THE WINNEMUCCA POLICE DEPARTMENT

OFFICIAL USE ONLY

## WINNEMUCCA POLICE DEPARTMENT
500 E WINNEMUCCA BLVD    WINNEMUCCA, NV 89445    775 623 6396
### NARRATIVE - Informational

Page 1
25-0013

On 01/02/2025 at approximately 1407 hours, I, Officer Maestrejuan with the Winnemucca Police Department was dispatched to [redacted] located in Winnemucca NV, Humboldt County in reference to a welfare check incident #2501020038.

I was not able to make contact with anyone at the [redacted] residence. At approximately 1619 hours, I was dispatched via telephone to speak with a Kyleigh Gnerer in regards to why I was at her residence listed above.

**Conversation with Kyleigh via telephone**
I advised Kyleigh that I was conducting a welfare check on a female juvenile that was reported of possibly being at her residence. I asked Kyleigh if she knew an A[redacted] S[redacted], which Kyleigh stated no. I then asked Kyleigh if she knew who Tyler Monson was, which Kyleigh replied was her brother.

I asked Kyleigh if Tyler was still living at her residence. Kyleigh stated that Tyler lived with his father on Placer Way that is located out in Humboldt County but did not know the address. Kyleigh provided me Tyler's phone number 775-777-6234 and she asked why I was asking for his information.

I advised Kyleigh that Tyler was reported of being with this female juvenile A[redacted] in Colorado and Tyler was possibly coming to Winnemucca with her. Kyleigh stated that Tyler had mentioned to her that he was talking to a female from Colorado and Tyler told Kyleigh that this female was 18 years of age. I advised Kyleigh I was trying to locate A[redacted] to make sure if she was safe. I ended my contact with Kyleigh and I asked a Humboldt County Sheriff's Office Deputy to patrol the area on Placer Way to locate Tyler's pickup bearing NV registration US805K and it could not be located.

I forwarded Tyler's information to Jefferson County that reported the welfare check.

Humboldt County Dispatched advised me the conversation I had with Kyleigh was not recorded.

Please forward this to Elko County Sheriff's Office in regards to their case #25EL00096.

End of Report.

Maestrejuan 2205

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| K5010 | MAESTREJUAN, KIEFER | 01/03/2025 | C5018 | MORTON, CHRIS | 01/05/2025 |

NEITHER THIS REPORT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH IT IS LOANED
PROPERTY OF THE
WINNEMUCCA POLICE DEPARTMENT                                       OFFICIAL USE ONLY