# Exhibit B – Gnerer Interview

# Exhibit B – Gnerer Interview

Case 3:25-cr-00006-MMD-CLB   Document 32-2   Filed 03/17/25   Page 2 of 4
FD-302 (Rev. 5-8-10)
-1 of 3-



UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/23/2025

    Kyleigh Gnerer, date of birth (DOB) ▮▮/1992, telephone number ▮▮▮-7696, home address ▮▮▮▮▮▮▮▮▮▮ Winnemucca, Nevada 89445, was interviewed by FBI Special Agent (SA) April Markowski and SA Keith Mcintosh, at her home. After being advised of the identity of the interviewing Agents and the nature of the interview, Gnerer provided the following information:

    Tyler Monson is Gnerer's half brother. Monson and Gnerer lived together as kids and then in 2019, Monson lived with Gnerer.

    On January 2, 2025, Police knocked on Gnerer's door but she was not home. Gnerer saw them on her ring doorbell and later called them back. Police told Gnerer they were investgating a runaway and asked if she knew where Monson was. Police told Gnerer they were looking for a 15 year old girl from Colorado. Monson called Gnerer and Gnerer told him the police were looking for him, she gave the police Monson's number and to answer the police.

    Monson called Gnerer and said "remember the 18 year old I told you I was going to meet, well she is not 18." Gnerer heard the female crying in the background the entire time. Monson was asking what to do and Gnerer said to take her home. Gnerer said the female was sobbing in the background saying she loves Monson and does not want to go home. And then the female said to take her home so Monson does not get in trouble. Monson told Gnerer that he took the female because her step father was abusing her and she would kill herself if he made her go back home.

    [Agent note: Jefferson County Child Protective Services was notified of the incident and has been updated regarding the abuse allegations as the victim did not disclose that in the CAFI.]

    Monson was in the Marines and was discharged because he was highly depressed and suicidal. Monson owns a gun and carries it with him often, in his car.

    Monson only uses TikTok and Snapchat. Monson has never talked to underage girls before. Monson does not look at child porn. Gnerer has Monson on

UNCLASSIFIED//FOUO

Investigation on  01/21/2025  at  Winnemucca, Nevada, United States (In Person)

File # 31C-LV-4018856                                            Date drafted  01/23/2025

by APRIL MARKOWSKI, KEITH JAMES MCINTOSH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

31C-LV-4018856

Continuation of FD-302 of (U//FOUO) Gnerer Interview , On 01/21/2025 , Page 2 of 3

Life360, as pictured below:



Gnerer noticed at one point that Monson was in Colorado and Gnerer texted him. Monson said "yeah remember that 18 year old I told you about." Gnerer did not talk about Monson's dating life much. Gnerer said that in the past, Monson spent all of his 401k to go to Brazil to meet a girl. Gnerer said approximately two weeks before Christmas, Monson told her he was talking to an 18 year old.

Gnerer texted Monson asking if he was in Colorado. A photo of the messages are below:

UNCLASSIFIED//FOUO

31C-LV-4018856

Continuation of FD-302 of (U//FOUO) Gnerer Interview , On 01/21/2025 , Page 3 of 3



Gnerer is close with Monson but not with Monson's father. Gnerer did not talk to her family about the situation, outside or coordinating to pick up Monson's cat.

Gnerer said it was mentioned during the phone call that the female has a burner phone.

UNCLASSIFIED//FOUO