# Exhibit A – US Marine Corps Recommendation

# Exhibit A – US Marine Corps Recommendation



# UNITED STATES MARINE CORPS
HQ BTRY 11THMAR REGT 1ST MARDIV
BOX 555504
CAMP PENDLETON, CA 92055-0000

IN REPLY REFER TO:
1900

1 Jul 20

FIRST ENDORSEMENT on 3DBN 11THMAR 1ST MARDIV ltr 1900 dtd 30 Jun 20

From:  Commanding Officer, HQ BTRY 11THMAR REGT 1ST MARDIV, BOX 555504, CAMP
       PENDLETON, CA 92055-0000
To:    Commanding General, DIV HQTRS 1ST MARDIV, BOX 555381, CAMP PENDLETON, CA 92055-
       0000

Subj:  RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF LANCE CORPORAL
       TYLER J. MONSON 1551607263/3381 USMC

Ref:   (a) MCO 1900.16 CH2 (MARCORSEPMAN)

1.  I recommend that Tyler J. Monson be separated from the USMC with a General (under
Honorable conditions) characterization of service.

2.  I have carefully reviewed the respondent's Separation History and Physical
Examination (SHPE) and Medical Evaluation Board (MEB) report addressing the basis for
separation. The respondent's medical condition(s) interferes with their performance of
duty, is not a ratable disability, and they have no potential for future military
service.

3.  I recommend that Lance Corporal Monson be separated from the Marine Corps by
reason of condition not a disability. Based on evaluation and recommendation of the
OSCAR, SNM has been ███████████████. SNM's
condition has resulted in both suicidal and homicidal ideations and these conditions
are not expected to improved with prolonged service. SNM is recommended to be
separated from the Marine Corps with a general (under honorable) characterization of
service.

                              R. Miagany (EDIPI: 1172269555)
                              Electronically signed via CLA
                              clasvcprod1.tfs.usmc.mil
                              Wed Jul 01 2020 15:01:07 CDT

                              R. MIAGANY

FOR OFFICIAL USE ONLY - PRIVACY SENSITIVE
Any misuse or unauthorized disclosure can result in both civil and criminal penalties.