Exhibit B – US Marine Corps Recommendation

Exhibit B – US Marine Corps Recommendation



UNITED STATES MARINE CORPS
3D BATTALION 11TH MARINES
1ST MARINE DIVISION (REIN) FMF
MARINE CORPS AIR GROUND COMBAT CENTER BOX 788264
TWENTYNINE PALMS CA 92278-8264

IN
1910
CO
16 Jun 20

From: Commanding Officer
To: Commanding General, 1st Marine Division
Via: Commanding Officer, 11th Marines

Subj: RECOMMENDATION FOR ADMINISTRATIVE DISCHARGE OF LANCE CORPORAL TYLER J. MONSON 1551607263/3381 USMC

Ref: (a) MCO P1900.16 (MARCORSEPMAN)
　　　(b) MARADMIN 328/10
　　　(c) CND Case Approval ICO Lance Corporal Monson

1. Per the references, I recommend that Lance Corporal Monson be separated from the United States Marine Corps with a characterization of service of General (under Honorable conditions).

2. Lance Corporal Monson hails from the city of Spring Creek, Nevada. He entered military service through Military Entrance Processing Station Salt Lake City, Utah. Lance Corporal Monson reported to 3d Battalion, 11th Marines on 4 April 2020 and has a current expiration of active service of 13 January 2024. In June of 2020, Lance Corporal Monson was examined and ████████████████████████████████████████████████ Since this diagnosis, he has been a burden to the Marine Corps by communicating threats to his chain of command, degrading unit morale, and becoming an opponent of the unit's good order and discipline. The only clinically significant treatment remaining is a change in environment with discharge from the military for his condition.

3. Lance Corporal Monson's condition prevents him from fulfilling the requirements of military service. His condition is unlikely to improve without removal from a military environment. As such, Lance Corporal Monson is recommended for separation from the United States Marine Corps.

4. Lance Corporal Monson's average proficiency/conduct marks: 4.1/4.1. Recommended separation marks: 3.8/3.8. He holds no security clearance. He does not have mobilization potential. He has not deployed and has screened negative for both PTSD and TBI.

P. F. PRIESTER