**United States District Court**
**District of Nevada**

# Notice

## Contact the U.S. Probation Office Today

The court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the U.S. Probation Office, or report in person, within 24 hours to:

**United States Probation Office**
**400 S. Virginia Street**
**Suite 103**
**Reno, Nevada 89501**
**(775) 686-5980**

Once you report to the U.S. Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the U.S. Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

Case No. **3:25-cr-00006-MMD-CLB**

Re: **Tyler Monson**
**Defendant**

**Sean McClelland, AFPD**
**Attorney of Record**

**Tuesday, June 10, 2025**
**Date of Plea/Verdict**

**Monday, September 8, 2025, at 10:00 a.m.**
**Date/Time of Sentencing**

Original to Defendant (On Bond)
Copy to U.S. Probation Office
Copy to Court File