RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for TYLER MONSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER MONSON,<br><br>　　　　　Defendant. | Case No. 3:25-cr-00006-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for TYLER MONSON and SIGAL CHATTAH, Acting United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for September 24, 2025, at 10:00 AM, be vacated and continued to September 30, 2025, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Defense Counsel is unavailable on the currently scheduled date.

3. Mr. Monson is detained and consents to the continuance.

4. This is the second request for continuance of the sentencing hearing.

DATED this 12th day of September, 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| By /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Tyler Monson | By /s Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for September 24, 2025, at 10:00 AM be vacated and continued to September 30, 2025, at 11:00 AM.

DATED this <u>15th</u> day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE